### 27871. COLVARD v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED JUNE 28, 1973.

(No appearance for appellant).
*Arthur K. Bolton, Attorney General,* for appellee.